UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS J. MOORE

        Plaintiff,

  v.

DONALD J. TRUMP

        Defendant

No.: 1:22-cv-00010-APM

**PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS COMPLAINT**

      Defendant Donald Trump has moved to dismiss Plaintiff Marcus J. Moore's complaint on the same presidential immunity grounds he raised, and this Court rejected, in *Blassingame v. Trump*. *See* Mem. Op. & Order at 23–40, *Blassingame v. Trump*, No. 21-858 (D.D.C. 2022) ECF No. 37. In particular, this Court already determined that Defendant Trump has not met his burden of establishing that he is immune from suit in a case that is materially the same in all relevant respects. *See id*. Among other things, the plaintiffs in *Blassingame* sued for injuries suffered as U.S. Capitol Police officers on January 6. Plaintiff Moore is also a Capitol Police officer injured in the same event, who brings the same allegations against Defendant Trump.

      Nonetheless, Defendant Trump now moves to dismiss Plaintiff's complaint on presidential immunity grounds, raising the same arguments he raised in *Blassingame*. *See* Mot. to Dismiss, ECF No. 16. President Trump's motion neither discusses nor even cites this Court's prior order rejecting those arguments. *Id*. Mem. in Supp. of Mot. to Dismiss, ECF No. 16-1.

1

Plaintiff respectfully submits that for the reasons articulated in this Court's order in *Blassingame*, *see* ECF No. 37, as well as the reasons articulated in the *Blassingame* plaintiffs' briefing on presidential immunity, the motion to dismiss should be denied. *See* Memo. in Opp'n to Mot. to Dismiss, *Blassingame v. Trump*, No. 21-858, ECF No. 21, Pls.' Notice of Suppl. Authority, ECF No. 32 (which Plaintiff incorporates herein, *see* Exhibits A and B). If the Court asks for additional briefing in this case on any issue related to presidential immunity, Plaintiff will of course provide such.

Finally, in order to promote the "the just, speedy, and inexpensive determination of" this case, *see* Fed. R. Civ. P. 1, Plaintiff urges the Court to move promptly to deny Defendant Trump's motion consistent with its order in *Blassingame*, so that, if Defendant Trump so chooses, as he recently did in *Blassingame*, he can be file an appeal that could proceed on the same timeline as *Blassingame*, No. 22-509 (D.C. Cir.) and the related cases *Swalwell v. Trump*, No. 21-586 (D.D.C.), and *Thompson v. Trump*, No. 21-400 (D.D.C.). Then, after the conclusion of any interlocutory appellate review of this Court's immunity ruling, all of these cases can proceed as appropriate in this Court.

Respectfully submitted,

/s/
Patrick A. Malone, Esq. (Bar No. 397142)
Daniel Scialpi, Esq. (Bar No. 997556)
Heather J. Kelly (Bar No. 453154)
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street, N.W., Suite 800
Washington, D.C. 20005
P: 202-742-1500
F: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

hkelly@patrickmalonelaw.com

Anne Tindall (Bar No. 494607)
Kristy Parker (Bar No. 1542111)
Cameron Kistler (Bar No. 1008922)
Jacek Pruski (Bar No. 888325144)
Erica Newland (*motion for admission to the D.C. Bar and this Court pending*)
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Ave. NW, #163
Washington, D.C. 20006
P: 202-579-4582
anne.tindall@protectdemocracy.org
kristy.parker@protectdemocracy.org
cameron.kistler@protectdemocracy.org
jacek.pruski@protectdemocracy.org
erica.newland@protectdemocracy.org

John Paredes (Bar No. NY0418)
UNITED TO PROTECT DEMOCRACY
115 Broadway, 5th Floor
New York, N.Y. 10006
P: 202-579-4582
john.paredes@protectdemocracy.org

Benjamin L. Berwick (Bar No. MA0004)
Genevieve Nadeau (Bar No. 979410)
UNITED TO PROTECT DEMOCRACY
15 Main St., Suite 312
Watertown, MA 02472
P: 202-579-4582
ben.berwick@protectdemocracy.org
genevieve.nadeau@protectdemocracy.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2022, I served a copy of the foregoing *via* the Court's electronic filing system (ECF) on:

>Jesse R. Binnall
>The Binnall Law Group, PLLC
>717 King Street, Suite 200
>Alexandria, Virginia 22314
>
>*Attorney for the Defendant*