AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Marcus J. Moore | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-00010-APM |
| Donald J. Trump | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marcus J. Moore.

Date: 03/25/2022

/s/ Daniel C. Scialpi
*Attorney's signature*

Daniel C. Scialpi, Bar No. 997556
*Printed name and bar number*

Patrick Malone & Associates, P.C.
1310 L Street, NW, Suite 800
Washington, DC 20005
*Address*

dscialpi@patrickmalonelaw.com
*E-mail address*

(202) 742-1500
*Telephone number*

(202) 742-1515
*FAX number*