# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-7120**           **September Term, 2022**

1:22-cv-00010-APM  
1:22-cv-00011-APM  
1:22-cv-00034-APM

**Filed On: October 20, 2022**

Marcus J Moore,

      Appellee

  v.

Donald J. Trump,

      Appellant

------------------------------

Consolidated with 22-7121, 22-7122

### O R D E R

It is **ORDERED**, on the court's own motion, that these consolidated cases be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings within 30 days of the court's disposition of the appeals consolidated under <u>Blassingame v. Trump</u>, No. 22-5069 (D.C. Cir.) (oral argument scheduled Dec. 7, 2022).

                                    **FOR THE COURT:**  
                                    Mark J. Langer, Clerk

                          BY:    /s/  
                                    Laura Morgan  
                                    Deputy Clerk