# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7120**　　　　　　　　　　　　　　　　　**September Term, 2023**

1:22-cv-00010-APM
1:22-cv-00011-APM
1:22-cv-00034-APM

**Filed On: April 16, 2024** [2049878]

Marcus J Moore,

      Appellee

    v.

Donald J. Trump,

      Appellant

------------------------------

Consolidated with 22-7121, 22-7122

## M A N D A T E

In accordance with the order of March 8, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                   BY:    /s/
                            Daniel J. Reidy
                            Deputy Clerk

Link to the order filed March 8, 2024