**Gmail**

**Megan Powers <megan@mpowersconsulting.com>**

---

## Fwd: Production Overview_March for Trump.docx

**Justin Caporale** <justin@eventstrategiesinc.com>      Mon, Jan 4, 2021 at 9:56 AM
To: Megan Powers <megan@mpowersconsulting.com>

--
**Justin Caporale**
direct/text: ▮▮▮▮▮▮

Begin forwarded message:

**From:** "Megan Powers (via Google Drive)" ▮▮▮▮▮▮▮▮▮▮
**Date:** January 1, 2021 at 18:46:07 EST
**To:** justin@eventstrategiesinc.com
**Cc:** kirancampaign@gmail.com
**Subject: Production Overview_March for Trump.docx**
**Reply-To:** Megan Powers ▮▮▮▮▮▮▮▮

megankellypowers▮▮▮▮▮ has shared the following document:

W   Production Overview_March for Trump.docx

Open

megankellypowers▮▮▮▮▮ is outside your organization.

Google Drive: Have all your files within reach from any device.
Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

**Google™**

Powers_01_000277